Dale J. Giali (SBN 150382)
dgiali@mayerbrown.com
MAYER BROWN LLP
350 South Grand Avenue, Suite 2500
Los Angeles, California 90071
Telephone: (213) 229-9509
Facsimile: (213) 625-0248

ATTORNEYS FOR DEFENDANT
NESTLÉ HEALTHCARE NUTRITION, INC.
erroneously sued as NESTLÉ USA, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KATIE FRANCIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NESTLÉ USA, INC., a Delaware corporation, and DOES 1-20, inclusive<br><br>Defendants. | Case No. CV10-09544 GW (FFMx)<br>Hon. George H. Wu<br>(Magistrate Judge Frederick F. Mumm)<br><br>**STIPULATION RE AMENDMENT TO COMPLAINT CORRECTING DEFENDANT'S NAME**<br><br>[Filed Concurrently with Proposed Order]<br><br>Complaint Served: Feb. 2, 2011<br>Current Response Date: April 12, 2011 |

Plaintiff Katie Francis and defendant Nestlé HealthCare Nutrition, Inc., erroneously sued as Nestlé USA, Inc., by and through their respective counsel of record, enter into the following stipulation for an order setting a response date to the class action complaint:

WHEREAS, on December 13, 2010, plaintiff filed her complaint in this matter against Nestlé USA, Inc. ("Complaint");

WHEREAS, the parties agree that the proper defendant in this matter is Nestlé HealthCare Nutrition, Inc., not Nestlé USA, Inc.; and

WHEREAS, the parties are agreeable to correct this error by stipulation and proposed order amending the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between plaintiff and defendant, subject to approval by the Court, that the Complaint is amended in the following respects:

1. The words "Nestlé USA, Inc." as used in the Complaint, including specifically in the caption and in the introductory paragraph, shall be replaced with the words "Nestlé HealthCare Nutrition, Inc."  Consistent with this amendment, the terms "Nestlé" and "Defendant," as used throughout the Complaint, shall mean and refer to Nestlé HealthCare Nutrition, Inc., and not Nestlé USA, Inc.

2. In paragraph 3, the word "California" shall be replaced with the words "New Jersey."

3. In paragraph 5, the words "Glendale, California" shall be replaced with the words "Florham Park, New Jersey."

4. In paragraph 7, the address "800 North Brand Boulevard, Glendale, California 91203" shall be replaced with the address "12 Vreeland Road, 2nd Floor, PO Box 697, Florham Park, NJ 07932;" the URL in footnote 1 shall be replaced with the URL "http://www.nestle-nutrition.com/Contact_Us/Default.aspx;" the name and address "C T Corporation System, located at 818 West 7th Street, Los Angeles California 90071" shall be replaced with the name and address "CSC – Lawyers

Incorporating Service, located at 2730 Gateway Oaks Dr., Ste. 100, Sacramento California 95833;" and the words "citizen of California or Delaware" shall be replaced with the words "citizen of New Jersey or Delaware."

5. This stipulation is meant solely to correct the error in the Complaint of naming the wrong entity as defendant, and is not, and shall not be deemed to be, an admission by Nestlé USA, Inc. or Nestlé HealthCare Nutrition, Inc. as to any allegations in the Complaint, including the allegations referenced in this stipulation.

6. All subsequent amended complaints filed in this action, if any, shall incorporate the amendments referenced above.

DATED: April 4, 2011                HEWELL LAW FIRM

                                    By:    */s/ Harold M. Hewell*
                                         Harold Hewell, Esq.
                                    Attorneys for Plaintiff

DATED: April 4, 2011                MAYER BROWN LLP

                                    By:    */s/ Dale J. Giali*
                                         Dale J. Giali, Esq.
                                    Attorneys For Defendant
                                    Nestlé HealthCare Nutrition, Inc.
                                    erroneously sued as Nestlé USA, Inc.