1  Dale J. Giali (SBN 150382)
   dgiali@mayerbrown.com
2  MAYER BROWN LLP
   350 South Grand Avenue, Suite 2500
3  Los Angeles, California 90071
   Telephone: (213) 229-9509
4  Facsimile:  (213) 625-0248

5  ATTORNEYS FOR DEFENDANT
   NESTLÉ HEALTHCARE NUTRITION, INC.
6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KATIE FRANCIS, individually and on behalf of all others similarly situated, | Case No. CV10-09544 GW (FFMx) |
| | Hon. George H. Wu |
| Plaintiffs, | (Magistrate Judge Frederick F. Mumm) |
| vs. | **ORDER ON STIPULATION RE AMENDMENT TO COMPLAINT CORRECTING DEFENDANT'S NAME** |
| NESTLÉ HEALTHCARE NUTRITION, INC., a Delaware corporation, and DOES 1-20, inclusive | |
| Defendants. | |
| | Complaint Served:  Feb. 2, 2011 |
| | Current Response Date: April 12, 2011 |

Having received and reviewed the April 4, 2011 stipulation of plaintiff and defendant to correct defendant's name in the December 13, 2010 complaint filed in this matter (Dkt. #1) ("Complaint"), and good cause appearing, it is hereby ORDERED that the Complaint is amended as follows:

1. The words "Nestlé USA, Inc." as used in the Complaint, including specifically in the caption and in the introductory paragraph, are deemed replaced with the words "Nestlé HealthCare Nutrition, Inc." The terms "Nestlé" and "Defendant," as used throughout the Complaint, shall mean and refer to Nestlé HealthCare Nutrition, Inc., and not Nestlé USA, Inc.

2. In paragraph 3, the word "California" is deemed replaced with the words "New Jersey."

3. In paragraph 5, the words "Glendale, California" is deemed replaced with the words "Florham Park, New Jersey."

4. In paragraph 7: (a) the address "800 North Brand Boulevard, Glendale, California 91203" is deemed replaced with the address "12 Vreeland Road, 2nd Floor, PO Box 697, Florham Park, NJ 07932;" (b) the URL in footnote 1 is deemed replaced with the URL "http://www.nestle-nutrition.com/Contact_Us/Default.aspx;" (c) the name and address "C T Corporation System, located at 818 West 7th Street, Los Angeles California 90071" is deemed replaced with the name and address "CSC – Lawyers Incorporating Service, located at 2730 Gateway Oaks Dr., Ste. 100, Sacramento California 95833;" and (d) the words "citizen of California or Delaware" is deemed replaced with the words "citizen of New Jersey or Delaware."

5. This order (and the parties' underlying stipulation) is meant solely to correct the error in the Complaint of naming the wrong entity as defendant, and is not, and shall not be deemed to be, an admission by Nestlé USA, Inc. or Nestlé HealthCare Nutrition, Inc. as to any allegations in the Complaint, including the allegations referenced in this order.

//

6. Any subsequent amended complaint(s) filed in this action shall incorporate the amendments referenced above.

DATED: April 5, 2011

                                      Hon. George H. Wu
                          United States District Court Judge