1  Carmine R. Zarlenga (*pro hac vice*)
   czarlenga@mayerbrown.com
2  MAYER BROWN LLP
   1999 K Street, N.W.
3  Washington, D.C. 20006-1101
   Telephone: (202) 263-3000
4  Facsimile:  (202) 263-3300

5  Dale J. Giali (SBN 150382)
   dgiali@mayerbrown.com
6  MAYER BROWN LLP
   350 So. Grand Ave., Suite 2500
7  Los Angeles, California 90071
   Telephone: (213) 229-9509
8  Facsimile:  (213) 625-0248

9  ATTORNEYS FOR DEFENDANT
10 NESTLÉ HEALTHCARE NUTRITION, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| KATIE FRANCIS, individually and on behalf of all others similarly situated, | Case No. CV10-09544 GW (FFMx) |
| | Hon. George H. Wu |
| Plaintiffs, | (Magistrate Judge Frederick F. Mumm) |
| vs. | **ORDER UPON STIPULATION SUSPENDING MOTION TO DISMISS INITIAL COMPLAINT AND ALLOWING FOR FILING OF FIRST AMENDED COMPLAINT** |
| NESTLÉ HEALTHCARE NUTRITION, INC., a Delaware corporation, and DOES 1-20, inclusive | |
| Defendants. | |
| | Complaint Served:  Feb. 2, 2011 |

Having received and reviewed the May 10, 2011 stipulation of plaintiff Katie Francis and defendant Nestlé HealthCare Nutrition, Inc. (Dkt. #20), and good cause appearing, it is HEREBY ORDERED that:

1. Plaintiff has until June 9, 2011 to file a first amended complaint. The first amended complaint shall be manually filed. The first amended complaint shall add or substitute a California citizen as a named plaintiff and make other amendments plaintiff deems necessary and appropriate to respond to the arguments raised in Nestlé HealthCare Nutrition, Inc.'s April 12, 2011 motion to dismiss the initial complaint.

2. The first amended complaint shall comply with paragraph 6 of the Court's April 5, 2001 Order (Dkt. # 14) by incorporating the amendments to the initial complaint itemized in that Order.

3. Nestlé HealthCare Nutrition, Inc.'s April 12, 2011 motion to dismiss the initial complaint is **taken off calendar.**

4. If, however, plaintiff has not filed a first amended complaint by June 9, 2011, Nestlé HealthCare Nutrition, Inc. shall file a reply memorandum to plaintiff's May 6 opposition memorandum and request that the Court place the April 12, 2011 motion to dismiss the initial complaint back on calendar for decision by the Court.

5. If plaintiff files a first amended complaint consistent with the above, Nestlé HealthCare Nutrition, Inc. shall have twenty-one (21) days from the filing to file a response to the first amended complaint.

DATED: May 11, 2011

                 Hon. George H. Wu
                 United States District Judge