**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE FRANCIS, et al., | CASE NO.: CV 10-9544-GW(CWx) |
| *Plaintiff,* | **ORDER DISMISSING ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| vs. | |
| NESTLE HEALTHCARE NUTRITION, INC., et al., | |
| *Defendants.* | |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice against the defendants.

DATED: July 19, 2011

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1